FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2023-0626
_____

BILLY RAYE SMITH JR,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Coleman Lee Robinson, Judge.

July 10, 2024


PER CURIAM.

In this appeal filed pursuant to *Anders v. California*, 386 U.S. 738 (1967), we affirm Appellant's convictions and sentences. However, we reverse the imposition of the following costs. As appellate counsel points out, and as the State concedes, the trial court erred in imposing a $201 domestic violence trust fund cost and a $151 rape crisis fund cost on count 4, the armed kidnapping offense, because neither of those costs are authorized for that crime. *See* §§ 938.08, 938.085, 787.01(1)(a), Fla. Stat. As the State also concedes, the trial court erred in imposing a $151 crimes against minors cost because the victim was not a minor.[*] *See*

_____

[*] Although both appellate counsel and the State represent that the court imposed the crimes against minors cost on Counts 2, 4, 5

*Bryant v. State*, 335 So. 3d 754, 754 (Fla. 2d DCA 2022) (reversing the crimes against minors cost because the victim was not a minor).

AFFIRMED in part, REVERSED in part, and REMANDED.

LEWIS, M.K. THOMAS, and NORDBY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jessica J. Yeary, Public Defender, and Kathleen Pafford, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and David Welch, Assistant Attorney General, Tallahassee, for Appellee.

---

and 11, the written judgment includes that cost on Counts 2 and 4 only.